# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES H. BOURGEOIS

NO. 2020 KW 0414

**JULY 20, 2020**

---

In Re: James H. Bourgeois, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 579764.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** Relator's conviction for violation of a protective order under La. R.S. 14:79 and sentence are reversed, and relator is ordered discharged. The evidence presented at the misdemeanor trial is insufficient to sustain a conviction for violation of a protective order under La. R.S. 14:79. The remedy for violation of a protective order issued under La. Code Civ. P. art. 3601 is civil contempt. See La. Code Civ. P. art. 3611. Furthermore, to the extent that the trial court's October 28, 2019 "Sentencing Order/Injunction" provided new injunctive relief, the order is vacated. If the applicant elects to seek new injunctive relief, he must follow the appropriate procedure set forth in La. Code Civ. P. art. 3601 et seq.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT